UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 4068 FAIRBANKS DRIVE, CHIPLEY, FLORIDA 32428 | Case No. 5:20-mj-44-MJF<br><br>**Filed Under Seal** |

## MOTION REQUESTING AN ORDER SEALING THE SEARCH AND SEIZURE WARRANT, APPLICATION AND ALL RELATED DOCUMENTS

The United States of America requests this Court to issue an Order sealing the SEARCH AND SEIZURE WARRANT, APPLICATION AND ALL RELATED DOCUMENTS in this case, and in support of this motion states as follows:

1. The Search Warrant, Application and all related documents concern an ongoing criminal investigation and the public revelation of the documents could severely hamper law enforcement's ability to continue its investigation.

2. The United States further moves the Court that the Search Warrant, Application and all related documents in this case shall remain **sealed** until May 6, 2021, unless otherwise extended by the Court upon the government's motion. The Clerk of the Court, however, shall provide one

certified copy of the Search Warrant, application and all related documents to the United States Attorney for the Northern District of Florida.

> LAWRENCE KEEFE
> United States Attorney
>
> __s//Michelle Daffin_____
> Michelle Daffin
> Assistant United States Attorney
> Florida Bar No. 0640761
> 1001 East Business Hwy 98, Ste 2
> Panama City, FL  32401
> (850) 767-5006
> michelle.daffin@usdoj.gov

## ORDER

The government's motion is **GRANTED.**

**SO ORDERED** this 6th day of May, 2020.

> /s/ *Michael J. Frank*
>
> **Michael J. Frank**
> **United States Magistrate Judge**