AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 5:20-mj-44-MJF | Date and time warrant executed: 5-7-2020 @ 6:58 | Copy of warrant and inventory left with: Cynthia Duffy |
|---|---|---|

Inventory made in the presence of: Cynthia Duffy

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED.

LB
5/7/2020

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/2020

_____
Executing officer's signature

SA LAWRENCE P. BORGHINI, FBI
Printed name and title

FD-597 (Rev 8-11-94)                                                                                                    Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305D-JK-3264620

On (date) May 7th, 2020 @ 10:10 am

item(s) listed below were:
- ☒ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) Christopher Duffy
(Street Address) 4068 Fairbanks Dr.
(City) Chipley, Florida

Description of Item(s):
1.) Fuji Fine Fix Camera 08630
2.) Lexar 12mb SD card serial #: 4WA1439 (from Fuji camera)
3.) Laview DVR model #: LV-T9708MAS
4.) Compaq Presario Laptop CQ57 serial # 5CB1277P4B w/ HQST hard drive serial # 4NGM8BKR
5.) Seven (7) misc thumb drives
6.) Two (2) SD cards
7.) Western Digital 1TB hard drive removed from computer tower inside residence
8.) Samsung Galaxy Skypro J7 cellphone # SM-S727VC
9.) HTC cell phone white serial # WM80PN3P100 w/microchip & sim
10.) HTC cell phone black
11.) Google Pixel 3 cell phone meio 358275092871361
12.) Container of eight (8) CD's.
13.) emachines computer SN CRX56300 01778

CB
5/7/2020

Received By: _____ (Signature) SA Lawrence Borghini

Received From: Cynthia D. Duffy (Signature)
Cynthia D. Duffy

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  5:20-mj-44-MJF
4068 FAIRBANKS DRIVE,  )
CHIPLEY, FLORIDA 32428  )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____Florida_____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____May 20, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael J. Frank_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  05/06/2020 2:35 pm                          /s/ Michael J. Frank
                                                                                                 *Judge's signature*

City and state:  Panama City, Florida                          Michael J. Frank, U.S. Magistrate Judge
                                                                                                 *Printed name and title*