UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 4068 FAIRBANKS DRIVE, CHIPLEY, FLORIDA 32428 | Case No. 5:20-mj-44-MJF<br><br>**<u>Filed Under Seal</u>** |

## **<u>MOTION REQUESTING AN ORDER TO EXTEND SEALING THE SEARCH AND SEIZURE WARRANT, APPLICATION, AND ALL RELATED DOCUMENTS</u>**

The United States of America requests this Court to issue an Order to extend the sealing of the SEARCH AND SEIZURE WARRANT, APPLICATION, AND ALL RELATED DOCUMENTS in this case, and in support of this motion states as follows:

1.  On May 6, 2020, this Honorable Court entered an Order sealing all documents in this matter until May 6, 2021.

2.  The Search Warrant, Application, and all related documents concern an ongoing criminal investigation and the public revelation of the documents could severely hamper law enforcement's ability to continue its investigation. Specifically, the documents contain sensitive information related to leads obtained from a foreign law enforcement agency on the facilitation of child sexual abuse material. Undersigned counsel was advised

Page 1 of 2

by the Child Exploitation and Obscenity Section of the Department of Justice that the investigation of other related matters is ongoing, with active leads being pursued as of this date. A six-month extension of this Court's Order was requested.

3. Therefore, the United States respectfully requests that the Search Warrant, Application, and all related documents in this case shall remain **sealed** until November 6, 2021, unless otherwise extended by the Court upon the government's motion.

JASON R. COODY
Acting United States Attorney

*s//Michelle Spaven*
Michelle Spaven
Assistant United States Attorney
Florida Bar No. 0640761
111 N. Adams St., Fourth Floor
Tallahassee, FL  32301
(850) 216-3828
michelle.spaven@usdoj.gov

## ORDER

The government's motion is granted.

**SO ORDERED** this 5th day of May, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

Page 2 of 2